SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson | ) Case No. **2:11-cv-02650-JAM-EFB** |
|   Plaintiff; | ) **ORDER RE: STIPULATION FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS** |
|   vs. | ) |
| Aegean Investors, LTD., | ) |
|   Defendant. | ) |

IT IS HEREBY ORDERED THAT the parties shall file dispositional documents no later than April 9, 2012.

Date: 3/21/2012

/s/ John A. Mendez_____
U. S. District Court Judge

PROPOSED ORDER RE STIPULATION FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS

CIV: S-11-cv-02650-JAM-EFB- 1